## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00238-AP

AMALIA Q. LONGGREAR,

      Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

---

## JOINT CASE MANAGEMENT PLAN

---

**1.  APPEARANCES OF COUNSEL AND PRO SE PARTIES**

For Plaintiff:

      Michael W. Seckar
      402 W. 12th Street
      Pueblo, CO 81003
      Telephone: (719) 543-8636
      Email: seckarlaw@mindspring.com

For Defendant:

      Daniel Burrows
      Social Security Administration, Office of the General Counsel
      1001 17th Street
      Denver, CO 80202
      Telephone: (303) 844-7356
      Email: daniel.burrows@ssa.gov

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C.

405(g).

1

3.    **DATES OF FILING OF RELEVANT PLEADINGS**

    A.    Date Complaint Was Filed: January 30, 2013

    B.    Date Complaint Was Served on U.S. Attorney's Office: March 8, 2013

    C.    Date Answer and Administrative Record Were Filed: May 3, 2013

4.    **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, the parties believe the administrative record is complete and accurate.

5.    **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not intend to submit additional evidence.

6.    **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties do not believe this case raises any unusual claims or defenses.

7.    **OTHER MATTERS**

This case is *not* an appeal from a decision issued on remand.  The parties have no other matters to bring to the attention of the Court.

8.    **BRIEFING SCHEDULE**

    A.    Plaintiff's Opening Brief Due: **July 4, 2013**

    B.    Defendant's Response Brief Due: **August 4, 2013**

    C.    Plaintiff's Reply Brief (If Any) Due: **August 19, 2013**

9.    **STATEMENTS REGARDING ORAL ARGUMENT**

    A.    Plaintiff's Statement: Plaintiff does not request oral argument.

    B.    Defendant's Statement: Defendant does not request oral argument.

10.      **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

Indicate below the parties' consent choice.

A.      (   )     All parties have consented to the exercise of jurisdiction of a
United States Magistrate Judge.

B.      ( X )     All parties have not consented to the exercise of jurisdiction of a
United States Magistrate Judge.

11.      **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

**THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES
MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A
COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S
CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.**

The parties agree that the Joint Case Management Plan may be altered or amended only

upon a showing of good cause.

DATED this 28th day of May, 2013.

                                        BY THE COURT:

                                        *s/John L. Kane*
                                        U.S. District Court Judge

APPROVED:

*s/Michael W. Seckar*                   JOHN F. WALSH
MICHAEL W. SECKAR                       United States Attorney
402 W. 12th Street
Pueblo, CO 81003                        J. BENEDICT GARCÍA
Telephone: (719) 543-8636               Assistant United States Attorney
seckarlaw@mindspring.com                United States Attorney's Office
                                        District of Colorado
Attorney for Plaintiff
                                        */s/ Daniel E. Burrows*
                                        Daniel E. Burrows
                                        Special Assistant United States Attorney
                                        Office of the General Counsel
                                        Social Security Administration
                                        1001 17th Street
                                        Denver, CO  80202
                                        Telephone: (303) 844-7356
                                        meghan.berglind@ssa.gov

                                        Attorneys for Defendant

4