## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00238-AP

AMALIA Q. LONGGREAR,

      Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,


      Defendant.

---

## JOINT CASE MANAGEMENT PLAN

---

**1.**     **APPEARANCES OF COUNSEL AND PRO SE PARTIES**

For Plaintiff:

    Michael W. Seckar
    402 W. 12th Street
    Pueblo, CO 81003
    Telephone: (719) 543-8636
    Email: seckarlaw@mindspring.com

For Defendant:

    Daniel Burrows
    Social Security Administration, Office of the General Counsel
    1001 17th Street
    Denver, CO 80202
    Telephone: (303) 844-7356
    Email: daniel.burrows@ssa.gov

**2.**     **STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

    The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C.

405(g).

3.      **DATES OF FILING OF RELEVANT PLEADINGS**

      A.      Date Complaint Was Filed: January 30, 2013

      B.      Date Complaint Was Served on U.S. Attorney's Office: March 8, 2013

      C.      Date Answer and Administrative Record Were Filed: May 3, 2013

4.      **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, the parties believe the administrative record is complete and accurate.

5.      **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not intend to submit additional evidence.

6.      **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties do not believe this case raises any unusual claims or defenses.

7.      **OTHER MATTERS**

This case is *not* an appeal from a decision issued on remand.  The parties have no other matters to bring to the attention of the Court.

8.      **BRIEFING SCHEDULE**

      A.      Plaintiff's Opening Brief Due: **July 4, 2013**

      B.      Defendant's Response Brief Due: **August 4, 2013**

      C.      Plaintiff's Reply Brief (If Any) Due: **August 19, 2013**

9.      **STATEMENTS REGARDING ORAL ARGUMENT**

      A.      Plaintiff's Statement: Plaintiff does not request oral argument.

      B.      Defendant's Statement: Defendant does not request oral argument.

10.     **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

Indicate below the parties' consent choice.

A.      (   )    All parties have consented to the exercise of jurisdiction of a
        United States Magistrate Judge.

B.      ( X )    All parties have not consented to the exercise of jurisdiction of a
        United States Magistrate Judge.

11.     **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

**THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES
MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A
COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S
CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.**

The parties agree that the Joint Case Management Plan may be altered or amended only

upon a showing of good cause.

3

DATED this 28th day of May, 2013.

BY THE COURT:

 *s/John L. Kane*
U.S. District Court Judge

APPROVED:

*s/Michael W. Seckar*
MICHAEL W. SECKAR
402 W. 12th Street
Pueblo, CO 81003
Telephone: (719) 543-8636
seckarlaw@mindspring.com

Attorney for Plaintiff

JOHN F. WALSH
United States Attorney

J. BENEDICT GARCÍA
Assistant United States Attorney
United States Attorney's Office
District of Colorado

*/s/ Daniel E. Burrows*
Daniel E. Burrows
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 17th Street
Denver, CO  80202
Telephone: (303) 844-7356
meghan.berglind@ssa.gov

Attorneys for Defendant