**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00238-AP

AMALIA Q. LONGGREAR,

       Plaintiff,

   v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

       Defendant.

---

**AMENDED JOINT CASE MANAGEMENT PLAN**

---

**1.      APPEARANCES OF COUNSEL AND PRO SE PARTIES**

For Plaintiff:

       Michael W. Seckar
       402 W. 12th Street
       Pueblo, CO 81003
       Telephone: (719) 543-8636
       Email: seckarlaw@mindspring.com

For Defendant:

       Daniel Burrows
       Social Security Administration, Office of the General Counsel
       1001 17th Street
       Denver, CO 80202
       Telephone: (303) 844-7356
       Email: daniel.burrows@ssa.gov

**2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C.

405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

      A.      Date Complaint Was Filed: January 30, 2013

      B.      Date Complaint Was Served on U.S. Attorney's Office: March 8, 2013

      C.      Date Answer and Administrative Record Were Filed: May 3, 2013

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, the parties believe the administrative record is complete

and accurate.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not intend to submit additional evidence.

**6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties do not believe this case raises any unusual claims or defenses.

**7.      OTHER MATTERS**

This case is *not* an appeal from a decision issued on remand.  The parties have no other

matters to bring to the attention of the Court.

**8.      BRIEFING SCHEDULE**

      A.      Plaintiff's Opening Brief Due: **June 29, 2013**

      B.      Defendant's Response Brief Due: **July 27, 2013**

      C.      Plaintiff's Reply Brief (If Any) Due: **August 13, 2013**

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

      A.      Plaintiff's Statement: Plaintiff does not request oral argument.

      B.      Defendant's Statement: Defendant does not request oral argument.

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

Indicate below the parties' consent choice.

A.      (  )     All parties have consented to the exercise of jurisdiction of a
                 United States Magistrate Judge.

B.      ( X )    All parties have not consented to the exercise of jurisdiction of a
                 United States Magistrate Judge.

**11.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

**THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES
MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A
COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S
CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.**

The parties agree that the Joint Case Management Plan may be altered or amended only

upon a showing of good cause.

DATED this 29th day of May, 2013.

BY THE COURT:

*s/John L. Kane*
U.S. District Court Judge

APPROVED:

*s/Michael W. Seckar*
MICHAEL W. SECKAR
402 W. 12th Street
Pueblo, CO 81003
Telephone: (719) 543-8636
seckarlaw@mindspring.com

Attorney for Plaintiff

JOHN F. WALSH
United States Attorney

J. BENEDICT GARCÍA
Assistant United States Attorney
United States Attorney's Office
District of Colorado

*/s/ Daniel E. Burrows*
Daniel E. Burrows
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 17th Street
Denver, CO  80202
Telephone: (303) 844-7356
meghan.berglind@ssa.gov

Attorneys for Defendant